**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESPTA**

---

USA,
Plaintiff,

v.

Edvile Edmunds,
Defendant.

Case No.: 26-MJ-00729

**NOTICE OF APPEARANCE**

---

The undersigned attorney hereby notifies the Court and counsel that Liz Eckholm of Ratkowski Law PLLC shall appear as counsel of record for Defendant Edvile Edumunds in this case.

DATED: September 30, 2026

Respectfully submitted,

RATKOWSKI LAW PLLC

/s/ *Liz Eckholm*

Liz Eckholm (#0504337)
332 Minnesota Street, Suite W1610
Saint Paul, MN 55101
P: (651) 755-5150
E: liz@ratkowskilaw.com

*Attorney for Petitioner*