**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

United States of America,

Plaintiff,

v.

Edvile Vaidoto Edmunds,

Defendant.

Case No. 0:26-mj-00729-SGE

**MEET-AND-CONFER STATEMENT REGARDING DEFENDANT'S MOTION FOR A BILL OF PARTICULARS**

Pursuant to D. Minn. LR 12.1(b) and Sections III and IV.A of the Court's Pretrial Scheduling and Case Management Order (Dkt. 12), the undersigned counsel for Defendant states as follows:

1. On October 11, 2026, the undersigned conferred by email with First Assistant United States Attorney Joseph S. Teirab, counsel of record for the United States, regarding Defendant's Motion for a Bill of Particulars. On October 12, 2026, Mr. Teirab responded by email and asked to discuss the motion by telephone. On October 13, 2026, at approximately 12:00 p.m., the undersigned conferred with Mr. Teirab by telephone for approximately thirty minutes.

2. The undersigned identified the three particulars requested in the motion. The government stated that it does not presently take a position on the motion and that it will state its position in writing after reading Defendant’s submission. The government also advised that it does not oppose striking the Indictment's references to an election for President, Vice President, and United States Senator, and the motion accordingly does not seek a particular on that point.

3. The parties attempted in good faith to clarify and narrow the issues presented. The parties reached agreement that the November 8, 2022 vote is the only act at issue, subject to the government's written confirmation, and did not reach agreement on the remaining particulars. No evidentiary hearing is requested on the motion.

Dated: October 13, 2026

Respectfully submitted,

RATKOWSKI LAW PLLC

/s/ Nico Ratkowski

Nico Ratkowski (Atty. No. 0400413)
332 Minnesota Street, Suite W1610
Saint Paul, MN 55101
P: (651) 755-5150
E: nico@ratkowskilaw.com

Attorney for Defendant