**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Edvile Vaidoto Edmunds,<br><br>Defendant. | Case No. 0:26-mj-00729-SGE<br><br>**MEET-AND-CONFER STATEMENT REGARDING DEFENDANT'S UNOPPOSED MOTION TO STRIKE SURPLUSAGE** |

Pursuant to D. Minn. LR 12.1(b) and Sections III and IV.A of the Court's Pretrial Scheduling and Case Management Order (Dkt. 12), the undersigned counsel for Defendant states as follows:

1. On October 11, 2026, at approximately 12:00 p.m., the undersigned conferred by email with First Assistant United States Attorney Joseph S. Teirab, counsel of record for the United States, regarding Defendant's Motion to Strike Surplusage from the Indictment. The undersigned identified the allegations concerning an election for President, Vice President, and United States Senator on November 8, 2022, and asked whether the government would agree to strike them or to an order that the Indictment be read to the jury without them.

2. On October 12, 2026, Mr. Teirab responded by email that the government does not object to the motion. On October 13, 2026, the undersigned and Mr. Teirab conferred by telephone, and Mr. Teirab confirmed that position.

3. The parties have reached agreement on the issue presented by the motion: the government does not object to the relief requested. No evidentiary hearing is requested,

and Defendant asks that the motion be decided on the papers.

Dated: October 13, 2026

Respectfully submitted,

RATKOWSKI LAW PLLC

/s/ Nico Ratkowski
Nico Ratkowski (Atty. No. 0400413)
332 Minnesota Street, Suite W1610
Saint Paul, MN 55101
P: (651) 755-5150
E: nico@ratkowskilaw.com

Attorney for Defendant