**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

United States of America,

Plaintiff,

v.

Edvile Vaidoto Edmunds,

Defendant.

Case No. 0:26-mj-729 (SGE)

**ORDER ON JOINT MOTION FOR CONTINUANCE AND TO EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT**

This matter is before the Court on the parties' Joint Motion for Continuance and to Exclude Time Under the Speedy Trial Act. Based on the motion and all the files, records, and proceedings herein, **IT IS HEREBY ORDERED**:

1. The Joint Motion (Dkt. 27) is **GRANTED**.
2. This matter is continued for twelve (12) months.
3. A status conference will be held on **November 22, 2027 at 10:00 a.m.,** Courtroom 9E, Minneapolis.

4. Pursuant to 18 U.S.C. § 3161(h)(7)(A), the Court finds that the ends of justice served by granting this continuance outweigh the best interest of the public and the Defendant in a speedy trial. This finding is based on all of the files, records, and proceedings herein, including the parties' joint motion and Defendant's consent. Accordingly, the period from the date of this Order through November 20, 2027, shall be excluded from the computation of time under the Speedy Trial Act.

Dated: November 20, 2026

*s/Shannon G. Elkins*
SHANNON G. ELKINS
United States Magistrate Judge